```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14164
   JAMES W KOKO
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-3226


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/07/07 .

   2.  The case was dismissed without confirmation, 01/17/2008.

   3.  The Debtor paid a total of $      867.33 .

   4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
OPTION ONE MORTGAGE CO     CURRENT MORTG          .00           .00             .00
OPTION ONE MORTGAGE CO     MORTGAGE ARRE    NOT FILED           .00             .00
OPTION ONE MORTGAGE CO     SECURED                .00           .00             .00
KANE COUNTY TREASURER      SECURED          NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   UNSECURED        NOT FILED           .00             .00
FIA CARD SERVICES          UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00             .00
CHASE MANHATTAN BANK USA   UNSECURED        NOT FILED           .00             .00
GEMB                       UNSECURED        NOT FILED           .00             .00
AMERICAN COLLECTION        UNSECURED        NOT FILED           .00             .00
NICOR GAS                  UNSECURED        NOT FILED           .00             .00
OPTION ONE MORTGAGE CO     MORTGAGE ARRE    NOT FILED           .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00             .00
THERESA KOKO               CHILD SUPPORT    NOT FILED           .00             .00
       Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00            .00
PRINCIPAL PAID        .00          .00          .00          .00            .00
INTEREST PAID         .00          .00          .00          .00            .00
TOTAL PAID            .00          .00          .00          .00            .00
The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $    2500.00
and was paid $    500.00   direct and $    828.30   through the plan.

The Trustee received $      39.03 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 04/11/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE